FRI-18509 0647-3 227i 04-32090
Northern District of Ohio
United States Bankruptcy Court
1716 Spielbusch Ave
Toledo, OH 43624

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
**CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT**

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

2004 APR -9 AM 10: 21

**FIRST-CLASS MAIL**

036883 36883 1 AT 0.292 43610 3 7 4449-0-37498

Jordan, Jackie
348 Kenilworth Ave
Toledo, OH 43610-1456

A ☐ INSUFFICIENT ADDRESS
C ☐ ATTEMPTED NOT KNOWN  ☐ OTHER
☑ NO SUCH NUMBER/ STREET
S ☐ NOT DELIVERABLE AS ADDRESSED
    - UNABLE TO FORWARD

**RTS**
RETURN TO SENDER