FBI-18509 0647-3 227i 04-32090
Northern District of Ohio
United States Bankruptcy Court
1716 Spielbusch Ave
Toledo, OH 43624

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

A
C
S

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN          ☐ OTHER
☐ NO SUCH NUMBER/ STREET
☑ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD

**RTS**
RETURN TO SENDER

FILED
2004 APR -6  AM 11: 27

CLERK U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

**FIRST-CLASS MAIL**

43624/1376