04-32090-rls    Doc 8-2    FILED 04/09/04    ENTERED 04/09/04 12:30:20    Page 1 of 1



FRI-18509 0647-3 227i 04-32090
Northern District of Ohio
United States Bankruptcy Court
1716 Spielbusch Ave
Toledo, OH 43624

## OFFICIAL BUSINESS

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

2004 APR 12 PM 4: 17

CLERK U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

FIRST-CLASS MAIL

011478 11478 1 AC 0.275 45249 4 3 4449-0-12093 **AUTOCR**C-698

National Check Bureau, Inc.
11802 Conrey Rd
Cincinnati, OH

A  ☐ INSUFFICIENT ADDRESS         ☐ OTHER
C  ☐ ATTEMPTED NOT KNOWN
S  ☐ NO SUCH NUMBER/ STREET
   ☐ NOT DELIVERABLE AS ADDRESSED
   ☐ UNABLE TO FORWARD

RTS
RETURN TO SENDER

43624/1384