FRI-18509 0647-3 227i 04-32090
Northern District of Ohio
United States Bankruptcy Court
1716 Spielbusch Ave
Toledo, OH 43624

## OFFICIAL BUSINESS

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
**CONTAINS NOTICE of a PROCEEDING**
in the
**UNITED STATES BANKRUPTCY COURT**

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

FILED

04 APR -2 AM II: 21

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

**FIRST-CLASS MAIL**

062424 62424 1 AT 0.292 45242 9 3 4449 0 63030

Attorney At Law
10751 Mont...
Cinci...

A
C
S

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN      ☐ OTHER
☐ NO SUCH NUMBER/ STREET
☑ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD

**RTS**
RETURN TO SENDER