FRI-18509 0647-3 227i 04-32090
Northern District of Ohio
United States Bankruptcy Court
1716 Spielbusch Ave
Toledo, OH 43624

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

036862 36862 1 AT 0.292 43608 37 4449-0-37477

Tramel, Steve
1829 Booth Ave
Toledo, OH 43608-1622

☐ INSUFFICIENT ADDRESS
☑ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD          ☐ OTHER

A
C
S

**RTS** RETURN TO SENDER

**FIRST-CLASS MAIL**

