FRI-18509 0647-3 227i 04-32090
Northern District of Ohio
United States Bankruptcy Court
1716 Spielbusch Ave
Toledo, OH 43624

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
**CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT**

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

FIRST-CLASS MAIL

036901 36901 1 AT 0.292 43612 3 7 4449-0-37516

C. Dunau Sales
1539 W Laskey Rd
Toledo, OH 43612-2913

A ☐ INSUFFICIENT ADDRESS
C ☐ ATTEMPTED NOT KNOWN    ☐ OTHER
  ☐ NO SUCH NUMBER/ STREET
S ☐ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD

**RTS**
RETURN TO SENDER

43624/1384