SAT-30530 0647-3 234 04-32090
Northern District of Ohio
United States Bankruptcy Court
1716 Spielbusch Ave
Toledo, OH 43624

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
**CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT**

FILED

JUL 29 PM 12: 11

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

**FIRST-CLASS MAIL**

032091 32091 1 AT 0.292 43610 9 6 4606-0-32465

Jordan, Jackie
348 Kenilworth Ave
Toledo, OH 43610-1456

A ☐ INSUFFICIENT ADDRESS
C ☐ ATTEMPTED NOT KNOWN ☐ OTHER
S ☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD

**RTS**
RETURN TO SENDER