

SAT-30530 0647-3 234 04-32090
Northern District of Ohio
United States Bankruptcy Court
1716 Spielbusch Ave
Toledo, OH 43624

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

FILED

04 JUL 30 PM 12: 43

U.S.
BANKRUPTCY COURT

032081 32081 1 AT 0.292 43608 9 6 4606-0-32455

Tramel, Steve
1829 Booth Ave
Toledo, OH 43608-1622

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

FIRST-CLASS MAIL

A   ☐ INSUFFICIENT ADDRESS
C   ☑ ATTEMPTED NOT KNOWN        ☐ OTHER
    ☐ NO SUCH NUMBER/ STREET
S   ☐ NOT DELIVERABLE AS ADDRESSED
    - UNABLE TO FORWARD

**RTS**
RETURN TO SENDER