SAT-30530 0647-3 234 04-32090
Northern District of Ohio
United States Bankruptcy Court
1716 Spielbusch Ave
Toledo, OH 43624

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

FILED

04 AUG -2 PM 3: 17

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

**FIRST-CLASS MAIL**

059233 59233 1 AT 0.292 45242 7 4 4606-0-59607

Kichler, David A.
Attorney
10751 Montgomery Rd
Cinci

A C S ○

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN ☐ OTHER
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD

**RTS**
← RETURN TO SENDER

43624/1384