SAT-30530 0647-3 234 04-32090
Northern District of Ohio
United States Bankruptcy Court
1716 Spielbusch Ave
Toledo, OH 43624

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

**FIRST-CLASS MAIL**

FILED
04 AUG -5 12:50

059904 59904 1 AT 0.292 45839 9 9 4606-0-60278

Epic Security
%Hancock Credit Services
PO Box 1146
Findlay, OH 45839-1146

43624/1384

HANC146    45839730281503  16 07/29/04
FORWARD TIME EXP RTN TO SEND
:HANCOCK CREDIT SERVICES
PO BOX 1030
COLUMBUS OH 43216-1030

RETURN TO SENDER