SAT-30530 0647-3 234 04-32090

United States Bankruptcy Court
Northern District of Ohio
1716 Spielbusch Ave
Toledo, OH 43624

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

**FIRST-CLASS MAIL**



032304 32304 1 AT 0

Success Direct
%Bennet M. Mi
4853 Monroe S
Toledo, OH 43

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD
☐ OTHER

**RTS**
RETURN TO SENDER

07/28/04

FILED

BANKRUPTCY COURT
TOLEDO, OHIO