SAT-30530 0647-3 234 04-32090
Northern District of Ohio
United States Bankruptcy Court
1716 Spielbusch Ave
Toledo, OH 43624

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

FILED

AUG 10 AM 10: 50

U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

**FIRST-CLASS MAIL**

010211  10211 1 AC 0 275  45249  4 6  4606-0-10585 **AUTOCR**C-008

National Check Bureau, Inc.
1 _____ Rd
Cincinnati, _____ 9-1074

A  ☐ INSUFFICIENT ADDRESS
C  ☐ ATTEMPTED NOT KNOWN          ☐ OTHER
S  ☐ NO SUCH NUMBER/ STREET
   ☐ NOT DELIVERABLE AS ADDRESSED
   - UNABLE TO FORWARD

**RTS**
RETURN TO SENDER

43624/1363